THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-070RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| KURTIS HOLBROOK, | |
| Defendant. | |

THIS MATTER having come before the Court on defendant's unopposed motion for a continuance of the pretrial motions deadline, and the Court having considered the facts set forth in the motion, GRANTS the motion (Dkt. #19). All pretrial motions, including motions in limine, shall be filed no later than September 19, 2019.

IT IS SO ORDERED.

DATED this 10th day of September, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*Kurtis Holbrook*; CR19-070RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100