THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-070-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| KURTIS MICHAEL HOLBROOK, | |
| Defendant. | |

THE COURT has considered the Defendant's Ex Parte Motion to Withdraw as Counsel, and for appointment of new counsel from the Criminal Justice Act (CJA) panel, and the records and files in this case, and having conducted a hearing on this date, for the reasons set forth on the record,

IT IS NOW ORDERED that the Motion to Withdraw (Dkt. #35) is GRANTED. Assistant Federal Public Defenders Nancy Tenney and Dennis Carroll and the Office of the Federal Public Defender are permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent the defendant from the CJA panel.

DATED this 7th day of February, 2020.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*Kurtis Michael Holbrook*; CR19-070-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100